IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JONATHAN WILLIAMS, #279734, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 1:13-cv-929-WHA |
| | ) | |
| PHYLLIS BILLUPS, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #11), entered on March 30, 2016, and the Petitioner's Objections (Doc. #14), filed on May 5, 2016.

The court has conducted an independent evaluation and *de novo* review of the file in this case, and having done so, finds that the objections are without merit. The objections simply re-argue the points raised before the Magistrate Judge and present nothing that undermines the findings in the Recommendation. This court agrees with the findings and Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. Petitioner's objections are OVERRULED.

2. The court ADOPTS the Recommendation of the Magistrate Judge.

3. This petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED, and this case is DISMISSED with prejudice.

DONE this 24th day of May, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE