IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN WILLIAMS, #279734, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CASE NO. 1:13-cv-929-WHA |
| ) | |
| PHYLLIS BILLUPS, et al., ) | (WO) |
| ) | |
| Respondents. ) | |

## FINAL JUDGMENT

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, and this case is DISMISSED with prejudice.

DONE this 24th day of May, 2016.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE