IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JONATHAN WILLIAMS, #279734,    )
                               )
            Petitioner,        )
                               )
vs.                            )   CASE NO 1:13-cv-929-WHA
                               )
PHYLLIS BILLUPS, et al.,       )         (WO)
                               )
            Respondents.       )

## **ORDER**

This case is before the court on the Supplemental Recommendation of the Magistrate Judge (Doc. #19), entered on July 12, 2016. There being no timely objection filed to the Supplemental Recommendation, and after a review of the file, the Supplemental Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Petitioner's objections (Doc. #14) and amended objections (Doc. #17) are OVERRULED.

2. The court ADOPTS the Recommendation (Doc. #11) and Supplemental Recommendation (Doc. #19) of the Magistrate Judge.

3. The petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED, and this case is DISMISSED with prejudice.

DONE this 3rd day of August, 2016.

/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE